IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLES SHARP, Inmate #B64265,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 06-362-GPM |
| | ) |
| **C/O BEARDEN, LT. LIEFERT, C/O DAVIS, BETSY SPILLER, INTERNAL AFFAIRS DIVISION, HEALTH CARE STAFF, T. SMITH, C/O HAWSYS, JOHN DOE, D. PRANGE, C. CASTEN, E. PASQUINO, and TOM GOUCHURE,** | ) |
| | ) |
| **Defendants.** | ) |

# JUDGMENT

This Court previously ordered Plaintiff to file a certified copy of his trust fund account statement and warned him that failure to comply would result in dismissal of this action. Plaintiff has failed to file that document in the time allotted.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with an order of this Court. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

10/18/06                             By: s/ G. Patrick Murphy
*Date*                                       *District Judge*